In the Matter of the Intermediate Judicial Settlement of the Second Account of ROBERT H. CLARK et al., as Trustees of the Will of GEORGE GIBBS, Deceased. HARRIET G. SLINGERLAND et al., Appellants; THE NATIONAL BANK OF MIDDLE-TOWN et al., as Trustees, Respondents.— The evidence does not justify the higher award for attorneys' services. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Accounting of CATHERINE GLACKIN, as Committee of the Estate of JAMES A. GLACKIN. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; EDWARD B. THOMPSON, Attorney for Committee, et al., Respondents.— While in our opinion the allowances were excessive, there is no basis for the statement in appellant's brief that the affidavit submitted by the attorney for the committee was calculated to mislead the court. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of JOHN A. RIZZI, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority of the State of New York, Respondents.— No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of MORRIS H. SIEGEL, Appellant, against HAROLD J. CRAWFORD, Justice of the Municipal Court of the City of New York, Respondent. MAE HARDING, Intervener-Respondent.— The only method of review available is by a proceeding under article 78 of the Civil Practice Act. (*Matter of Pugh* v. *Winter*, 166 Misc. Rep. 95; modfd. and affd., 253 App. Div. 295.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.